Order issued September 24, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01100-CV

**BARRY H. WELLS, Appellant**

**V.**

**MARC R. MAY, Appellee**

## ORDER

Appellant filed a notice of accelerated appeal on August 8, 2012. Appellant appeals from the trial court's July 19, 2012 order dismissing the case. This is not an appeal from an interlocutory order and, therefore, it is not accelerated.

Before the Court is appellant's motion to require the trial court to file findings of fact and conclusions of law and for an extension of time to file a brief. We **DENY** appellant's motion to the extent appellant asks this Court to require the trial court to file findings of fact and conclusions of law. *See* TEX. R. CIV. P. 18a(f)(2)(B). We **GRANT** the motion to the extent appellant asks for an extension of time to file a brief. Appellant shall file his brief on or before October 26, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE